NATHAN WEBER et al., Copartners under the Firm Name of WEBER, LEVY Co., Appellants, *v.* HOSIERY MANU-FACTURERS CORPORATION, Respondent.

*Contract — sale — pleading — complaint dismissed as not stating cause of action under section 144 of Sale of Goods Act.*

*Weber* v. *Hosiery Manfrs. Corpn.*, 207 App. Div. 856, affirmed.

(Argued January 18, 1924; decided February 26, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 12, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover upon an alleged contract for the purchase and sale of goods. The complaint was dismissed upon the ground that it did not state a cause of action under section 144 of the Sale of Goods Act.

*Otto C. Sommerich* for appellants.

*Frederick M. Czaki* and *Marion Erwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.